IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| DAVID CHMIEL, | : | Hon. Yvette Kane |
| Petitioner, | : | No. 1:06-CV-02098 |
| v. | : | **THIS IS A CAPITAL CASE** |
| JOHN E. WETZEL, Commissioner, et al., | : | |
| Respondents. | : | |

_____

## JOINT STATUS REPORT

The parties, through undersigned counsel, respectfully submit the following joint status report pursuant to this Court's Order of February 13, 2018:

1. On December 5, 2017, Petitioner filed a Motion for Stay and Abeyance of Federal Proceedings Pending Exhaustion of State Court Remedies. Doc. No. 122.

2. On February 13, 2018, this Court granted Petitioner's Motion for Stay and Abeyance and ordered the parties to jointly report on the status of the state court's PCRA proceedings every sixty days. Doc. No. 127.

3. The parties are filing this joint status report pursuant to that order.

4.	The matter is briefed in the Pennsylvania Supreme Court, and the parties await the court's decision.


Respectfully submitted,


| | |
|---|---|
| /s/ Jennifer A. Buck | /s/ Tracy Ulstad |
| JENNIFER A. BUCK | TRACY ULSTAD |
| Office of the Attorney General | Federal Community Defender for the |
| Criminal Law Division | Eastern District of Pennsylvania |
| Appeals and Legal Service Section | Capital Habeas Corpus Unit |
| 16th Floor-Strawberry Square | 601 Walnut Street, Suite 545W |
| Harrisburg, PA 17120 | Philadelphia, PA 19106 |
| (717) 783-0158 | (215) 928-0520 |
| jbuck@attorneygeneral.gov | tracy_ulstad@fd.org |
| | |
| Counsel for Respondents | Counsel for Petitioner |


DATE:	September 16, 2020