IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID CHMIEL,** : | |
| Petitioner : | |
| : | No. 1:06-cv-02098 |
| v. : | |
| : | (Judge Kane) |
| **JOHN E. WETZEL, et al.,** : | |
| Respondents : | **THIS IS A CAPITAL CASE** |

## ORDER

**AND NOW**, on this 30th day of September 2022, upon consideration of Petitioner's Motion to Amend Petition for Writ of Habeas Corpus (Doc. No. 146) and Memorandum of Law (Doc. No. 147), the Response thereto (Doc. No. 152), and Petitioner's Reply (Doc. No. 156), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Petitioner's motion (Doc. No. 146) is **GRANTED**. The Clerk of Court is directed to docket the Amended Petition for Writ of Habeas Corpus (Doc. No. 146-3) as the operative petition in this matter.

**IT IS FURTHER ORDERED THAT** the parties shall comply with the following deadlines:

1. Petitioner shall file a Memorandum of Law and updated, comprehensive appendix on or before December 29, 2022;

2. Respondents shall file an Answer/Response to the Amended Petition and Memorandum of Law within sixty (60) days of service of Petitioner's Memorandum of Law and updated appendix; and

3. Petitioner may file a Reply within twenty-one (21) days of service of Respondents' Answer/Response and Memorandum of Law.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
